IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARISOL GALVEZ BLANCAS,

    Plaintiff,

vs.                                          Civ. No. 20-1283 KG/LF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## ORDER OF REMAND

Having granted Plaintiff's Motion to Remand to State Court (Doc. 7) by entering a Memorandum Opinion and Order contemporaneously with this Order of Remand,

IT IS ORDERED that this case is remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE